## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

DAMON TANNER,

    Petitioner,

v.                              CASE NO. 3:21cv793-MCR-HTC

MARK S. INCH,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 21, 2021. ECF No. 5. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

(2) The clerk of the court for the United States District Court for the Northern District of Florida is directed to enter the following judgment: "The petition under 28 U.S.C. § 2254, challenging the conviction in *State v. Tanner*, 2014-CF-5161A, in the First Judicial Circuit, in and for Escambia County, Florida, ECF Doc. 1, is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute and failure to comply with Court orders."

(3) The clerk is directed to close the file for this case.

**DONE AND ORDERED** this 25th day of September 2021.


s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**